A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 01, 2009**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

## IN RE: GENETICALLY MODIFIED RICE LITIGATION

MDL No. 1811

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-33)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**          MDL No. 1811

**SCHEDULE CTO-33 - TAG-ALONG ACTIONS**

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
    ARE  1  09-36          Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
    ARE  2  09-109          Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
    ARE  2  09-110          B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
    ARE  2  09-111          Henry Kelly v. Bayer CropScience, LP, et al.
    ARE  2  09-116          Kirk Brann, et al. v. Bayer CropScience, LP, et al.
    ARE  2  09-118          Stanley Bosnick v. Bayer CropScience, LP
    ARE  2  09-119          Eloise Bosnick Family Trust v. Bayer CropScience, LP
    ARE  2  09-120          Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
    ARE  2  09-121          Bosnick Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-126          Dean Davis, et al. v. Bayer CropScience, LP, et al.
    ARE  3  09-127          Jay Reiman, et al. v. Bayer CropScience, LP, et al.
    ARE  3  09-128          Darrell Brady, et al. v. Bayer CropScience, LP, et al.
    ARE  3  09-129          Steve Davis, et al. v. Bayer CropScience, LP, et al.
    ARE  3  09-130          Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
    ARE  3  09-131          Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
    ARE  3  09-132          Bullard Farms, Inc., et al. v. Bayer AG, et al.
    ARE  3  09-134          Louiese Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-135          Ninety-Six Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-136          South Bayou Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-137          Tool Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-138          BC&MC Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-139          Blue Lake Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-140          Bosnick Family Trust v. Bayer CropScience, LP
    ARE  3  09-141          Long Grain Farms, Inc. v. Bayer CropScience, LP
    ARE  3  09-142          Long Rows, Inc. v. Bayer CropScience, LP
    ARE  4  09-677          Lane Oliver, et al. v. Bayer CropScience, LP, et al.
    ARE  4  09-678          Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-230          Jason Smith, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-231          Rick Siems, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-232          Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-234          Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-235          Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-237          Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-239          Billy M. Long, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-240          Greg Hackney, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-241          James M. Craig, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-242          Wade Richter, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-243          Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
    ARE  5  09-244          Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**        **CASE CAPTION**

ARKANSAS EASTERN

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ARE | 5 | 09-245 | Brad Haynes, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-246 | James Noble, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-247 | Curtis Simpson, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-248 | Curt Moore, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-249 | John Worring, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-250 | Jon L. Baker, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-251 | Brandon Rodgers, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-252 | Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-253 | Roy McCollum, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-254 | Walter E. Daniel, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-255 | Greg Kerksieck, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-256 | Brooks Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-257 | John Ross, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-258 | Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-259 | Gary Stone, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-260 | Robert H. Dilday, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-261 | Brent Clawitter, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-262 | Talka Corp. v. Bayer CropScience, LP |
| ARE | 5 | 09-263 | Stanley Welty v. Bayer CropScience, LP |
| ARE | 5 | 09-264 | W.N. Gillison Revocable Trust v. Bayer CropScience, LP |
| ARE | 5 | 09-265 | Dave Black, et al. v. Bayer CropScience, LP |
| ARE | 5 | 09-266 | C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP |
| ARE | 5 | 09-267 | A&K Farms, Inc. v. Bayer CropScience, LP |